Opinion by MOLLISON, J. In accordance with oral stipulation of counsel that an item of 150 wood roosters appearing on the 13th sheet of the invoice is similar in all material respects to the merchandise the subject of Abstract 55996, the claim at 16⅔ percent under paragraph 412, as modified, *supra*, was sustained. It was further stipulated that 520 pieces of brass candlesticks had been withdrawn from warehouse after the effective date of T. D. 52739. The claim at 15 percent under paragraph 339, as modified, *supra*, was, therefore, sustained as to said items.

BEFORE THE SECOND DIVISION, DECEMBER 16, 1958

**No. 62608.**—Manca, Inc. *v.* United States, protest 323190–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of parts of cameras, the claim of the plaintiff was sustained.

**No. 62609.**—Lipman's *v.* United States, protests 230812–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of constituent and integral parts of toilet-box assemblies the same in all material respects as those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (36 Cust. Ct. 220, T. D. 1778), the claim of the plaintiff was sustained.

**No. 62610.**—Linread Products, Inc. *v.* United States, protests 281894–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of Tutch latches the same in all material respects as those the subject of *Linread Products, Inc.* v. *United States* (39 Cust. Ct. 262, C. D. 1939), the claim of the plaintiff was sustained.

**No. 62611.**—Manca, Inc. *v.* United States, protest 298215–K (New York).